

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2014

| | | |
|---|---|---|
| In re: | § § | Case No. 13-37200 |
| GOLDKING HOLDINGS, LLC, *et al.*,[1] | § § § | Chapter 11 |
| Debtors, | § § § | (Jointly Administered) |

___

| | | |
|---|---|---|
| GOLDKING ONSHORE OPERATING, LLC, GOLDKING RESOURCES, LLC, AND GOLDKING HOLDINGS, LLC, | § § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Adv. Proc. No. 14-03144 (Removed from the 61st Judicial District Court, Harris County, Texas) |
| LEONARD C. TALLERINE, JR., GOLDKING ENERGY CORPORATION, GOLDKING ENERGY PARTNERS I, LP, GOLDKING ENERGY PARTNERS, II, LLC, GOLDKING CAPITAL MANAGEMENT, LLC, RETA WELLWOOD D/B/A VERMILLION CONTRACTING CO., DENNA RAMSEY AND PAUL CULOTTA | § § § § § § § § § § § | |
| *Defendants.* | § | |

### AGREED FINAL JUDGMENT AGAINST LEONARD C. TALLERINE, JR.
**(Refers to Docket No. 65 )**

This Agreed Final Judgment GRANTS final judgment against Leonard C. Tallerine, Jr.,

in favor of WCX Energy, LLC, as follows:

___

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

1. Agreed Final Judgment is entered in favor of WCX against Leonard C. Tallerine, Jr., in the total amount of $400,000.00.

2. Leonard C. Tallerine, Jr., is to make payments to WCX in the total amount of $400,000.00 (the "Settlement Payment") in accordance with the following payment schedule: (a) He shall make the first payment of $150,000.00 to WCX no later than the earlier of (i) December 1, 2014, or (ii) the day on which the order by the this Court approving the Settlement Agreement becomes final; (b) He shall make the second payment of $50,000.00 to WCX no later than December 31, 2014; (c) He shall make the third payment of $100,000.00 to WCX no later than December 1, 2015; and (d) He shall make the fourth payment of $100,000.00 to WCX no later than December 1, 2016.

3. Each payment shall be made by Leonard C. Tallerine, Jr., on or before the date set forth above, via wire transfer to the account specified by WCX in a written communication in care of to his counsel as identified in the Settlement Agreement.

4. If Leonard C. Tallerine, Jr., fails to any make payment as set forth above, WCX is authorized to take necessary action, as permitted by law, to execute and collect on this Agreed Final Judgment.

5. Leonard C. Tallerine, Jr., or any of his agents or assigns are prohibited and ENJOINED from encumbering, transferring, liening, hypothecating, pledging, or assigning assets except for any financing or transfer that generates the funds necessary to pay WCX pursuant to the Settlement Agreement.

6. Each Settling Party bears its own costs and attorneys' fees incurred through the date of entry of Agreed Final Judgment herein.

7. This is an Agreed Final Judgment as to Leonard C. Tallerine, Jr.

**Signed:  December 02, 2014.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

AGREED AS TO FORM:

**HAYNES AND BOONE, LLP**

*/s/ Patrick L. Hughes*
Patrick L. Hughes
Texas Bar No. 10227300
Christopher L. Castillo
Texas Bar No. 24065022
Arsalan Muhammad
Texas Bar No. 24074771
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: christopher.castillo@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

and

Gibbs & Bruns, LLP
Barrett H. Reasoner
Texas Bar No. 16641980
Mark A. Giugliano
Texas Bar No. 24012702
Laura J. Kissel
Texas Bar No. 24046223
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
Email: breasoner@gibbsbruns.com
Email: mgiugliano@gibbsbruns.com
Email: lkissel@gibbsbruns.com

**ATTORNEYS FOR THE REORGANIZED DEBTOR**

and

*/s/ Adam P. Schiffer*
Schiffer Odom Hicks & Johnson
Adam P. Schiffer
Texas Bar No. 17745763
Kenneth P. Held
Texas Bar No. 24030333

Rebecca L. Phillips
Texas Bar No. 24079136
700 Louisiana, Suite 1200
Houston, Texas 77002
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
Email: aschiffer@sohjlawfirm.com
Email: kheld@sohjlawfirm.com
Email: rphillips@sohjlaw.com

and

John F. Higgins
Texas Bar No.: 09597500
Porter Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6648
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com

**COUNSEL FOR THE WAYZATA PARTIES**

and

**SUSMAN GODFREY LLP**

*/s/ Shawn L. Raymond*
Shawn L. Raymond
S.D. Adm. No. 26202
Texas Bar No. 24009236
Matthew Behncke
S.D. Adm. No. 1121174
Texas Bar No. 24069355
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: sraymond@susmangodfrey.com
Email: mbehncke@susmangodfrey.com

**COUNSEL FOR EDWARD HEBERT**

and

**FRYAR LAW FIRM P.C.**

*/s/ Avniel Adler*
Eric Fryar
Texas Bar No. 07495770
Avniel Adler
Texas Bar No. 24071933
912 Prairie Street, Suite 100
Houston, Texas 77002
Telephone: (281) 715-6396
Facsimile: (281) 605-1888
Email: eric@fryarlawfirm.com
Email: aadler@fryarlawfirm.com

**COUNSEL TO THE TALLERINE PARTIES**

and

**THE RIBBECK LAW FIRM**

*/s/ Craig Ribbeck*
Craig Ribbeck
Texas Bar No. 24009051
6363 Woodway, Suite 300
Houston, Texas 77057
Telephone: (713) 621-5220
Facsimile: (713) 572-1507
Email: craig@ribbecklawfirm.com

**COUNSEL FOR DENNA RAMSEY**

and

**GARDERE WYNNE SEWELL LLP**

*/s/ James C. Scott*
James C. Scott
Texas Bar No. 24056287
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: jscott@gardere.com

Michael K. Riordan
State Bar No. 24070502
1000 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5178
Facsimile: (713) 276-6178
Email: mriordan@gardere.com

**COUNSEL FOR GOLDKING ENERGY PARTNERS**