

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2014

| | | |
|---|---|---|
| In re: | § | Case No. 13-37200 |
| | § | |
| GOLDKING HOLDINGS, LLC, *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors, | § | (Jointly Administered) |
| | § | |

___

| | | |
|---|---|---|
| | § | |
| GOLDKING ONSHORE OPERATING, LLC, | § | |
| GOLDKING RESOURCES, LLC, | § | |
| AND GOLDKING HOLDINGS, LLC, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 14-03144 |
| | § | (Removed from the 61st Judicial |
| LEONARD C. TALLERINE, JR., | § | District Court, Harris County, Texas) |
| GOLDKING ENERGY CORPORATION, | § | |
| GOLDKING ENERGY PARTNERS I, LP, | § | |
| GOLDKING ENERGY PARTNERS, II, LLC, | § | |
| GOLDKING CAPITAL | § | |
| MANAGEMENT, LLC, RETA | § | |
| WELLWOOD D/B/A | § | |
| VERMILLION CONTRACTING CO., | § | |
| DENNA RAMSEY AND | § | |
| PAUL CULOTTA | § | |
| | § | |
| *Defendants.* | § | |

**AGREED ORDER**
**DISMISSING CLAIMS, COUNTERCLAIMS AND THIRD PARTY CLAIMS**
[Relates to Docket No. ( 65 )]

Upon consideration of the Motion for Entry of Agreed Judgment and Dismissal (the "Motion"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion; (ii)

___

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Goldking Holdings, LLC (2614); Goldking Onshore Operating, LLC (2653); and Goldking Resources, LLC (2682). The mailing address for the Debtors is 777 Walker Street, Suite 2500, Houston, TX 77002.

proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and based on the foregoing matters, all objections and responses thereto, and the entire record herein and after due deliberation thereon, good and sufficient cause exists for granting the relief set forth herein.  Upon review of the Settlement Agreement (the "Settlement Agreement") made part of the Motion to Compromise Controversy Under Bankruptcy Rule 9019 with the Tallerine Parties previously approved by the Court and in accordance with the terms and provisions therein,

IT IS ORDERED THAT

1. All claims, counterclaims and third party claims asserted in the above-captioned adversary proceeding by or among WCX Energy, LLC, as successor in interest to the assets and certain specified liabilities of Goldking Holdings, LLC ("GKH"), Goldking Onshore Operating, LLC ("GOO") and as successor to Goldking Resources, LLC, ("WCX" or "Reorganized Debtor"),[2] Edward Hebert, Wayzata Investment Partners LLC ("Wayzata Investment Partners"), Wayzata Opportunities Fund II, L.P. ("Wayzata"), the current and former officers, directors and employees of Wayzata, and specifically Patrick Halloran, Blake Carlson, Mary Burns, Raphael Wallander, and Michael Strain (together with Wayzata Investment Partners and Wayzata, and their current and former officers, directors, managers, members, limited partners, general partners, and employees are the "Wayzata Parties"), on the one hand, and (ii) Leonard C. Tallerine, Jr., Goldking LT Capital Corp., Goldking Energy Corporation, Goldking Energy Partners I, LP[3], Goldking Energy Partners II, LLC, Goldking Capital Management, LLC, Reta Wellwood d/b/a

---

[2] WCX was formerly Goldking Resources, LLC, a chapter 11 debtor.
[3] Goldking Energy Partners I, LP ("GEPI"), identified herein as one of the Tallerine Parties, is an entity no longer under the control of LT, and while a Tallerine Party under the terms hereof, is separately represented and controlled by persons who are not Tallerine Parties.

H-1065094_4                   2

Vermillion Contracting Co., Denna Ramsey[4] and Paul Culotta (together with Leonard C. Tallerine, Jr., Goldking LT Capital Corp., Goldking Energy Corporation, Goldking Energy Partners I, LP, Goldking Energy Partners II LLC, Golding Capital Management, LLC, Reta Wellwood d/b/a/ Vermillion Contracting Co. and Denna Ramsey, and their current and former officers, directors, managers, members, limited partners, general partners, and employees are the "Tallerine Parties"), on the other hand, are hereby **DISMISSED** with prejudice except as to the claims by WCX against Leonard C. Tallerine, Jr., which are separately addressed in an Agreed Final Judgment which is signed contemporaneously herewith.

2. Each of the parties hereto shall bear their own respective costs and attorney's fees.

3. The Court retains jurisdiction over this matter until the final satisfaction of the Agreed Final Judgment in favor of WCX against Leonard C. Tallerine, Jr.

4. All relief not granted in the form of this Order or the contemporaneously approved Agreed Final Judgment is otherwise denied

Signed: December 02, 2014.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[4] Denna Ramsey, while a Tallerine Party under the terms hereof, is separately represented by counsel.

AGREED AS TO FORM:

**HAYNES AND BOONE, LLP**

*/s/ Patrick L. Hughes*
Patrick L. Hughes
Texas Bar No. 10227300
Christopher L. Castillo
Texas Bar No. 24065022
Arsalan Muhammad
Texas Bar No. 24074771
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: christopher.castillo@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

and

Gibbs & Bruns, LLP
Barrett H. Reasoner
Texas Bar No. 16641980
Mark A. Giugliano
Texas Bar No. 24012702
Laura J. Kissel
Texas Bar No. 24046223
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
Email: breasoner@gibbsbruns.com
Email: mgiugliano@gibbsbruns.com
Email: lkissel@gibbsbruns.com

**ATTORNEYS FOR THE REORGANIZED DEBTOR**

and

*/s/ Adam P. Schiffer*
Schiffer Odom Hicks & Johnson
Adam P. Schiffer
Texas Bar No. 17745763
Kenneth P. Held
Texas Bar No. 24030333
Rebecca L. Phillips
Texas Bar No. 24079136
700 Louisiana, Suite 1200
Houston, Texas 77002
Telephone: (713) 357-5150
Facsimile: (713) 357-5160
Email: aschiffer@sohjlawfirm.com
Email: kheld@sohjlawfirm.com
Email: rphillips@sohjlaw.com

and

John F. Higgins
Texas Bar No.: 09597500
Porter Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6648
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com

**COUNSEL FOR THE WAYZATA PARTIES**

and

**SUSMAN GODFREY LLP**

*/s/ Shawn L. Raymond*
Shawn L. Raymond
S.D. Adm. No. 26202
Texas Bar No. 24009236
Matthew Behncke
S.D. Adm. No. 1121174
Texas Bar No. 24069355
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: sraymond@susmangodfrey.com
Email: mbehncke@susmangodfrey.com

**COUNSEL FOR EDWARD HEBERT**

and

**FRYAR LAW FIRM P.C.**

*/s/ Avniel Adler*
Eric Fryar
Texas Bar No. 07495770
Avniel Adler
Texas Bar No. 24071933
912 Prairie Street, Suite 100
Houston, Texas 77002
Telephone: (281) 715-6396
Facsimile: (281) 605-1888
Email: eric@fryarlawfirm.com
Email: aadler@fryarlawfirm.com

**COUNSEL TO THE TALLERINE PARTIES**

and

**THE RIBBECK LAW FIRM**

*/s/ Craig Ribbeck*
Craig Ribbeck
Texas Bar No. 24009051
6363 Woodway, Suite 300
Houston, Texas 77057
Telephone: (713) 621-5220
Facsimile: (713) 572-1507
Email: craig@ribbecklawfirm.com

**COUNSEL FOR DENNA RAMSEY**

and

**GARDERE WYNNE SEWELL LLP**

*/s/ James C. Scott*
James C. Scott
Texas Bar No. 24056287
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: jscott@gardere.com

John P. Melko
Michael K. Riordan
State Bar No. 24070502
1000 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 276-5178
Facsimile: (713) 276-6178
Email: mriordan@gardere.com

**COUNSEL FOR GOLDKING ENERGY PARTNERS**